# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

RAYMOND TIBBETTS,

        Petitioner,   :   Case No. 1:14-cv-602

-vs-

WARDEN, CHILLICOTHE CORRECTIONAL    District Judge Susan J. Dlott
INSTITUTION,    Magistrate Judge Michael R. Merz

        Respondent.   :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of Magistrate Judge Michael R. Merz (ECF No. 31), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, Warden's Renewed Motion to Dismiss in Light of *Glossip v. Gross* (ECF No. 22) is DENIED.

October 27, 2015.

                                             Susan J. Dlott
                                             United States District Judge